Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 3:11-00082 |
| v. ) | Judge Trauger |
| ) | |
| **TONY WAYNE HEDGE.** ) | |

**MOTION TO JOIN CODEFENDANT ALLEN'S REQUEST FOR TRIAL CONTINUANCE AND TO ENLARGE PLEA DEADLINE AND PRETRIAL MOTION DEADLINE**

Defendant, Tony Hedge, through counsel, respectfully requests that he be permitted to join and/or adopt the motion filed by codefendant Clanisha Allen in this matter (D.E. 523), which is scheduled for hearing on December 9, 2011 (D.E. 525). Assistant United States Attorney Sunny Koshy has authorized undersigned counsel to inform the Court that the Government has no objection to this motion.

RESPECTFULLY SUBMITTED,

s/ Stephanie H. Gore
MICHAEL E. TERRY (BPRN 3856)
STEPHANIE H. GORE (BPRN 17080)
Counsel for Defendant

Terry & Gore
1200 16th Avenue, South
Nashville, TN 37212
(615) 321-2750 office
(615) 250-4915 fax