> Motion GRANTED.
> *[signature]*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Docket No. 3:11-cr-00082-7 |
| | ) | JUDGE TRAUGER |
| PATRICK DEWAYNE SMITH | ) | |

### MOTION FOR LEAVE OF COURT TO JOIN CO-DEFENDANT'S MOTION TO SUPPRESS (DOCKET 846) AND FOR AN EXTENSION OF TIME TO FILE A MEMORANDUM OF LAW

Comes now the Defendant, Patrick DeWayne Smith, by and through undersigned counsel, and moves this Court to allow Mr. Smith to join in his Co-Defendant's *Motion to Suppress Evidence Obtained Pursuant to Title III Wiretap* found at docket entry no. 846.

Additionally, counsel would move the Court for an extension of six (6) days in which to file any amendments to the above captioned Motion to Suppress and in which time to file a Memorandum of Law in Support of the Motion to Suppress. That deadline of May 30, 2012, is the same deadline set by the court for the submission of any memorandum on behalf of co-defendant Travis Lynn Gentry (Doc. No. 854)

The constitutional issues contained in the Motion to Suppress affect the case of Mr. Smith in the same manner as they affect the other defendants seeking a suppression of the wiretaps in question. These issues are potentially dispositive.