Motion GRANTED.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO. 3:11-cr-00082 - 6 |
| | ) | |
| CHANNIN A. RANDOLPH | ) | JUDGE TRAUGER |

**MOTION FOR LEAVE OF COURT TO JOIN CO-DEFENDANT'S MOTION FILED AT DOCKET ENTRY 846 AND LEAVE OF COURT FOR EXTENSION OF TIME TO AMEND AND TO FILE MEMORANDUM IN SUPPORT**

Comes now the Defendant, Channin A. Randolph, by and through undersigned counsel, and moves this Court as follows:

1. To allow Mr. Randolph to join in his Co-Defendant's *Motion to Suppress Evidence Obtained Pursuant to Title III Wiretap* found at docket entry no. 846.

2. Counsel would further move to adopt the Memorandum of Law Filed in support of said Motion on or about May 31, 2012 and found at docket entry no. 863.

3. The Motion to Suppress is material to the government's case against Mr. Randolph.

WHEREFORE, comes now the defendant and moves the Court for an order to:

1. Allow Mr. Randolph to join the Motion found at docket entry no. 846;

2. Allow Mr. Randolph to adopt the Memorandum of Law found at docket entry no. 863 in this cause;

3. The defendant recognizes that the court has entered an Order granting defendant's Motion to Withhold Ruling on Pretrial Motions docket entry no.