# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| | ) | |
| [1] TRAVIS LYNN GENTRY, | ) | |
| [2] BETTY KATHERINE GENTRY, | ) | |
| [3] FRANK DWAYNE RANDOLPH, and | ) | |
| [7] PATRICK DEWAYNE SMITH | ) | |

## O R D E R

It is hereby **ORDERED** that, pursuant to the Guide to Judiciary Policy, Volume 7, Chapter 2, § 230.23.40(b), the court has determined that this case is extended and complex, because of the nature of the prosecution, type of charges, scope of discovery and other factors. It is therefore **ORDERED** that interim vouchers may be submitted by counsel, and this case will be budgeted as a mega-case with the assistance of the Sixth Circuit Budgeting Attorney, Bob Ranz.

It is so **ORDERED**.

ENTER this 21st day of June 2012.

_____
ALETA A. TRAUGER
U.S. District Judge