**Motion GRANTED.**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| V. | ) | Case No. 3:11-00082(1) |
| | ) | Judge Trauger |
| TRAVIS GENTRY. | ) | |

### MOTION FOR LEAVE OF COURT TO JOIN CO-DEFENDANT'S MOTIONS FILED AT DOCKET ENTRIES 887 and 889

Comes now the Defendant, Travis Gentry, by and through undersigned counsel, and moves this Court to allow Mr. Gentry to join in his Co-Defendant's Motions in Limine found at docket entry nos. 887 and 889.

Respectfully Submitted,

/s/ Barry R. Tidwell
Barry R. Tidwell, # 20544
218 W. Main Street
Murfreesboro, Tennessee 37130
(615) 893-1239

### CERTIFICATE OF SERVICE

I do hereby certify that a true and exact copy of the foregoing has been served either by electronic filing with the CM/ECF system or by regular US Mail, postage pre-paid, on this the 22th day of May, 2012, to all those who would normally be served in this case including Sunny A.M. Koshy, of the United States Attorneys Office.

/s/ Barry R. Tidwell
Barry R. Tidwell