## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:11-00082 |
| ) | Judge Trauger |
| ) | |
| [1] TRAVIS LYNN GENTRY ) | |

### O R D E R

It is hereby **ORDERED** that the government shall respond to defendant Travis Gentry's Motion to Dismiss The Second Superseding Indictment (Docket No. 921) by July 13, 2012.

It is so **ORDERED**.

ENTER this 11th day of July 2012.

_____
ALETA A. TRAUGER
U.S. District Judge