**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| | ) | |
| [3] FRANK DWAYNE RANDOLPH | ) | |

## **O R D E R**

It is hereby **ORDERED** that the government shall respond to defendant Frank

Randolph's Motion to Dismiss The Second Superseding Indictment Or, In The Alternative, For a

Continuance of Trial (Docket No. 923) by July 13, 2012.

It is so **ORDERED**.

ENTER this 11th day of July 2012.

_____
ALETA A. TRAUGER
U.S. District Judge