IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Docket No. 3:11-cr-00082-7 |
| | ) JUDGE BRYANT |
| PATRICK DEWAYNE SMITH | ) |

**ORDER:** Motion granted. Arraignment RESCHEDULED to July 31, 2012, at 10:30 a.m.

John Bryant, USMJ

## MOTION TO CONTINUE ARRAIGNMENT

Comes now the Defendant, Patrick DeWayne Smith, by and through undersigned counsel, and moves this Court to allow him to continue the arraignment in this matter set for July 24, 2012 to **Tuesday, July 31, 2012**.

Undersigned counsel would show that Mr. Smith is housed at Grayson County Jail and must be transported to Nashville for this appearance. Counsel anticipates filing a Waiver of Personal Appearance on behalf of the defendant, however undersigned has not yet received the executed waiver by mail.

Respectfully submitted,

s/Travis Hawkins, BPR 17395
THE HAWKINS LAW FIRM, PLLC
120 Old Liberty Pike
Franklin, Tennessee 37064
(615) 599-1010