Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:11-00082 |
| v. ) | JUDGE TRAUGER |
| ) | |
| CHANNING ACE RANDOLPH [6] ) | |

**MOTION TO DISMISS $7,823.00 FROM FORFEITURE
ALLEGATION OF SUPERSEDING INDICTMENT**

Comes the United States, by and through the undersigned attorney, and moves this Honorable Court to dismiss $7,823.00 United States currency seized on March 17, 2011, from 409 Westgate Drive, Pulaski, Tennessee ("$7,823.00") from the forfeiture allegations in the Superseding Indictment and the Second Superseding Indictment because the $7,823.00 has already been forfeited to the United States.

On March 9, 2012, a Decree and Judgment of Forfeiture as to the $7,823.00 was entered at Docket Entry 30 in the *United States of America v. $7,823.00 United States Currency, et al*, Middle District of Tennessee Case No. 3:11cv00759. All persons or entities were either previously defaulted or their claim was dismissed as to the $7,823.00. (Case No. 3:11cv00759, D.E. 19: Default Judgment; D.E. 26: Order Striking Claim).

Therefore, the asset is no longer at issue in this lawsuit and should properly be dismissed.