**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| | ) | |
| [11] JONAS LAVAR HAYES | ) | |

## O R D E R

Pursuant to the letter received by the court from the defendant (Docket No. 929), it is

hereby **ORDERED** that defense counsel shall communicate with his client in attempt to answer

his questions.

It is so **ORDERED**.

ENTER this 24th day of July 2012.

_____
ALETA A. TRAUGER
U.S. District Judge