UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 3:11-cr-00082 |
| | ) | Judge Trauger |
| [2] BETTY GENTRY | ) | |

### ORDER

For the reasons set forth in the accompanying Memorandum, defendant Betty Gentry's Motion to Suppress Search Warrant (Docket No. 825) is hereby **DENIED**.

It is so **ORDERED**.

Enter this 24th day of July 2012.

_____
ALETA A. TRAUGER
United States District Judge

1