# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| [17] SPENCER RANDOLPH | ) | |

## **O R D E R**

It is hereby **ORDERED** that the Sealed Order (Docket No. 956) granting the sealed motion of this defendant (Docket No. 950) is **VACATED**. A clerical error was made in the entry of the Order. Instead, as the court originally intended, the sealed motion of this defendant (Docket No. 950) is **DENIED**.

It is so **ORDERED**.

ENTER this 2nd day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge