Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No. 3:11-cr-00082-7 |
| | ) | JUDGE TRAUGER |
| PATRICK DEWAYNE SMITH | ) | |

## MOTION TO JOIN CO-DEFENDANT'S MOTION TO DISMISS THE SECOND SUPERSEDING INDICTMENT FILED AT DOCKET ENTRY 923

Comes now the Defendant, Patrick DeWayne Smith, by and through undersigned counsel, and moves this Court to allow Mr. Smith to join in his Co-Defendant's *Motion To Dismiss The Second Superseding Indictment,* filed at docket entry no. 923.

Respectfully submitted,

s/Travis Hawkins, BPR 17395
THE HAWKINS LAW FIRM, PLLC
120 Old Liberty Pike
Franklin, Tennessee 37064
(615) 599-1010

## Certificate of Service

I certify that a copy of the above instrument was served by delivering the same by via the court's electronic filing system to:

Ms. SUNNY A.M. KOSHY, Esq.
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203

This 3rd day of August 2012.

s/Travis Hawkins