IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| | ) | |
| [17] SPENCER RANDOLPH | ) | |

**O R D E R**

It is hereby **ORDERED** that the sentencing scheduled for Monday, August 27, 2012, at 2:00 p.m. is **RESET** for the same day at 11:00 a.m.

It is so **ORDERED**.

ENTER this 20th day of August 2012.

_____
ALETA A. TRAUGER
U.S. District Judge