IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| | ) | |
| [9] NICHOLAS THERON WHITE | ) | |

**O R D E R**

The court is in receipt of a letter from defendant Nicholas T. White dated August 16, 2012.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this case. The Clerk is further directed to furnish to the defendant and to counsel for all parties a copy of both the letter and this Order.

The court has received numerous letters from this defendant and his family, indicating a lack of communication with his counsel. It is hereby **ORDERED** that counsel shall make a personal visit to the defendant where he is housed as soon as reasonably possible in order to re-establish lines of communication. His sentencing is presently scheduled for September 6, 2012.

It is so **ORDERED.**

Enter this 20th day of August 2012.

_____
ALETA A. TRAUGER
United States District Judge