# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:11-00082 |
| ) | Judge Trauger |
| [4] ALFRED TRYAN COFFEY ) | |
| ) | |

## O R D E R

It is hereby **ORDERED** that the sentencing in this case is **RESET** for Tuesday, November 20, 2012, at 3:00 p.m.

It is so **ORDERED**.

ENTER this 27th day of August 2012.

                                                                _____
                                                                ALETA A. TRAUGER
                                                                U.S. District Judge