PS 8 Revised 07
MD/TN Revised 04/12

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. Gara Carlnesa Harris-Joslin    Docket No. 0650 3:11CR00082 - 18

### Petition for Action on Conditions of Pretrial Release

COMES NOW Lisa Capps, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Gara Carlnesa Harris-Joslin who was placed under pretrial release supervision by the Honorable Joe B. Brown sitting in the Court at Nashville, Tennessee, on March 23, 2011, under the following conditions: Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.

I declare under penalty of perjury that the foregoing is true and correct.

Lisa Capps [signature]    Nashville, TN    September 5, 2012
U.S. Pretrial Services Officer    Place:    Date:

Next Scheduled Court Event    **Sentencing Hearing**    September 07, 2012
                               Event                    Date

### PETITIONING THE COURT

☒ No Action                           ☐ To issue an order setting a hearing on the petition
☐ To Issue a Warrant                  ☒ Other  Remand defendant to custody at sentencing hearing.

### THE COURT ORDERS:
☐ No Action                                    ☒ A Hearing on the Petition is set for
☐ The Issuance of a Warrant.
  ☐ Sealed Pending Warrant Execution                9/7/12 at sentencing
    (cc: U.S. Probation and U.S. Marshals only)   Date                    Time
☐ Other

Considered and ordered this 7th day of September, 2012, and ordered filed and made a part of the records in the above case.

[signature]
Honorable Aleta A. Trauger
U. S. District Judge

Honorable Aleta A. Trauger
U.S. District Judge
Re: Petition for Action On
Gara Harris-Joslin
3:11CR03062-018
September 5, 2012

On March 17, 2011, Gara Harris-Joslin appeared before the Honorable Joe B. Brown for an Initial Appearance pursuant to being charged with Conspiracy to Distribute Cocaine, Cocaine Base, and Marijuana, in violation of 21 U.S.C. § 846. A Detention Hearing was scheduled for March 23, 2011. The defendant was released on bond that date to pretrial services supervision. The conditions of her release are attached.

On April 26, 2012, a violation petition was submitted to Judge Brown alleging a positive urine screen for cocaine. At a bond violation hearing on May 16, 2012, the defendant was found to be in violation of the conditions of her release. However, the Court allowed the defendant to remain on bond with the same conditions.

**Special Conditions of Pretrial Release:**

Please reference the attached Order Setting Conditions of Release.

**Violation(s):**

**Violation No. 1: Refrain from use or possession of a narcotic drug or other controlled substance, unless prescribed by a licensed medical practitioner:**

The defendant reported to the office on August 14, 2012, for a drug test which was taken by USPO Lander as this officer was not available. Ms. Harris-Joslin tested positive for synthetic marijuana.

On September 4, 2012, Ms. Harris-Joslin again reported to the office for a urine screen and tested positive for synthetic marijuana.

**Probation Officer's Actions:**

The urine specimens were sent to Alere Laboratories for confirmation.

When questioned about the presumptive positive urine screen on August 14, 2012, Ms. Harris-Joslin denied using the illegal substance. On August 15, 2012, this officer received a telephone call from Attorney Larry Arnkoff concerning the positive urine screen submitted by the defendant. He advised that Ms. Harris-Joslin had informed him that she had used a substance that she believed to be legal, although he did not know what that substance was.

Honorable Aleta A. Trauger
U.S. District Judge
Re: Petition for Action On
Gara Harris-Joslin
3:11CR03062-018
September 5, 2012

On August 22, 2012, this officer received confirmation from Alere Laboratories that the specimen submitted on August 14, 2012, was indeed positive for synthetic marijuana. Centerstone was notified of the positive urine screen and Ms. Harris-Joslin was returned to Phase 1 for drug treatment as a result. Ms. Harris-Joslin advised this officer on September 4, 2012, that she had ordered a stress reliever/aromatherapy from nextdayincense.com, an on-line website, that indicated all their products were FDA approved and legal.

When questioned on September 4, 2012, about the positive she submitted, Ms. Harris-Joslin denied using synthetic marijuana. The defendant stated the last time she used it was two days prior to August 14, 2012. Confirmation for this urine screen is not due to be received for approximately 7-10 days.

**Respectfully Petitioning the Court as Follows:**

As the defendant is due to be sentenced on September 7, 2012, this officer recommends that she be remanded to custody at the sentencing hearing. Pretrial Services has advised the U. S. Attorney's Office of the defendant's acts of noncompliance.

Approved by:

W. Burton Putman
Supervisory U.S. Probation Officer

xc: Sunny Koshy, Assistant U.S. Attorney
    Larry Arnkoff, CJA Panel Attorney