IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| | ) | |
| [2] BETTY KATHERINE GENTRY | ) | |

### O R D E R

The Motion to Continue Trial filed by defendant Betty Gentry (Docket No. 1044) is **GRANTED ONLY AS TO THIS DEFENDANT**. It is hereby **ORDERED** that this defendant is **SEVERED** from the other defendants who will be proceeding to trial, as scheduled, on October 23, 2012. By separate order, the trial of this defendant will be rescheduled for January 8, 2013.

It is so **ORDERED**.

ENTER this 12th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge