IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| | ) | |
| [1] TRAVIS LYNN GENTRY | ) | |
| [3] FRANK DWAYNE RANDOLPH | ) | |
| [7] PATRICK DEWAYNE SMITH | ) | |

**O R D E R**

The pretrial conference was held in this case on September 26, 2012. Rulings were made on the various pretrial motions and the motions in limine, as reflected in the transcript of the hearing. The following additional matters are hereby **ORDERED**:

1. By October 9, 2012, the government shall file and furnish to defense counsel a draft of the instructions and verdict forms. By October 16, 2012, the defendants shall file any objections to the government's proposed instructions or verdict forms and any special requests for instructions.

2. By October 17, 2012, the defendants shall file any objections to the government's proposed transcripts or proposed foundation witnesses for the introduction of transcripts.

3. By 12:00 noon on October 22, 2012, counsel for all parties shall make available for examination by opposing counsel any demonstrative evidence, power points, etc. proposed to be used during opening statement. This deadline will not apply to defendants who are reserving opening statement until the close of the government's proof.

4. Any Rule 404(b) evidence shall be furnished by the government to the defendants by October 12, 2012.

5. Defendants will be granted 15 peremptory challenges that will be exercised jointly. The government will be granted 9 peremptory challenges. Four alternates will be selected, and each side will be granted

1

      2 peremptory challenges to exercise with regard to alternates.  This means that the government will be granted 2 peremptory challenges to exercise on alternates, and the defendants jointly will be granted 2 peremptory challenges to exercise on alternates.

6.     The parties are in agreement that the Second Superseding Indictment will be used as is with the jury, with no redactions.

It is so **ORDERED**.

ENTER this 26th day of September 2012.

                                                      ALETA A. TRAUGER
                                                      U.S. District Judge