**U.S. PROBATION & PRETRIAL SERVICES**
Middle District of Tennessee
# memorandum

DATE: September 27, 2012

REPLY TO
ATTN OF: Liberty Lander, U.S. Probation Officer

SUBJECT: Gara Carnesa Harris-Joslin
Case No. 3:11-00082-18
USMS #: 20686-075

TO: The Honorable Aleta A. Trauger, U.S. District Judge

Gara Carnesa Harris-Joslin was sentenced by this Honorable Court on September 7, 2012. The Court ordered the defendant shall surrender for service of the sentence at the institution designated by the Bureau of Prisons before 2 p.m. on October 8, 2012.

On this date, the U.S. Probation Office was contacted by the Bureau of Prisons FCI Greenville, Illinois. According to the facility, they are unable to process the defendant on October 8, 2012, as this date is a federal holiday. They suggested the defendant could surrender for service of her sentence on either Friday, October 5, 2012, or Tuesday, October 9, 2012. As such, the Bureau of Prisons has requested further guidance from the Court on when to direct Ms. Harris-Joslin to surrender for service of her sentence.

☐ The Court hereby orders that Gara Carnesa Harris-Joslin shall surrender for service of her sentence at the institution designated by the Bureau of Prisons before 2 p.m. on October 5, 2012.

☒ The Court hereby orders that Gara Carnesa Harris-Joslin shall surrender for service of her sentence at the institution designated by the Bureau of Prisons before 2 p.m. on October 9, 2012.

_____     9/27/12
The Honorable Aleta A. Trauger, U.S. District Judge     Date:

cc: Sunny A.M. Koshy, Assistant United States Attorney
Lawrence Arnkoff, Attorney for the Defendant