IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| TRAVIS LYNN GENTRY, *et al.* | ) | |

**O R D E R**

In a sealed motion filed with the court, a defense counsel has stated that the "Government has indicated that *Jencks* material will be turned over to counsel the evening before the witness testifies. . . ." At the pretrial conference held on September 26, 2012, the government represented that it would be turning over most of the *Jencks* material "at the latest" on the day before the trial and that it might withhold a few *Jencks* statements until the day before the witness testifies. The representation of defense counsel does not comport with the representations made by the government at the pretrial conference.

It is hereby **ORDERED** that, by 12:00 noon on Thursday, October 18, 2012, the government shall file a notice indicating its timetable for turning over *Jencks* material to the defense. As stated at the pretrial conference, the court's primary concern is that there be no delays in the trial because of the later turnover of *Jencks* material to defense counsel.

It is so **ORDERED**.

ENTER this 17th day of October 2012.

ALETA A. TRAUGER
U.S. District Judge