> Motion GRANTED. Hearing reset for 4/26/13 at 2:30 p.m.
>
> *[signature]*

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | No. 3:11-00082 |
| ) | Judge Trauger |
| TRAVIS GENTRY (1) ) | |

## SECOND MOTION TO CONTINUE SENTENCING HEARING

Comes now the Defendant, by and through counsel, and would move the Court for an Order briefly continuing the sentencing hearing of this case that is currently set for March 22, 2013 until a date that is convenient with the Court's calendar, but preferably to a Friday in April of 2013. As grounds for this request counsel would show the Court the following:

As was part of the grounds in the First Motion to Continue that was submitted to the Court, counsel still anticipates several objections being raised as to the presentence report and a comprehensive sentencing memorandum being filed in the case. Due to the serious nature of the potential sentence in the case counsel wants to be sure that all avenues of relief for Mr. Gentry have been explored, fully briefed, and argued.

While counsel has been working on the issues presented in the presentence report as well drafting a sentencing memorandum, there is still work to be done that cannot be finished within the next week.

Counsel would submit that a second continuance for 30 days would likely be adequate.