Motion GRANTED.
Hearing reset for
6/21/13 at 1:30 p.m.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No. 3:11-cr-00082-7 |
| ) | **JUDGE TRAUGER** |
| PATRICK DEWAYNE SMITH ) | |

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the Defendant, Patrick DeWayne Smith, by and through undersigned counsel, and moves this Court to continue the sentencing hearing which is currently set for **May 3, 2013** to one of the following days, subject to the Court's convenience:

May 22, 23, 24

May 27, 28, 29, 30, or 31

June 12, 13, 14

June 17, 18, 19, 20, or 21

In the previous Motion to Continue (document number 1328), undersigned counsel provided dates for which he is unavailable. A family trip has been planned that undersigned was advised of after the fact.

Respectfully submitted,

s/Travis Hawkins, BPR 17395
THE HAWKINS LAW FIRM, PLLC
120 Old Liberty Pike
Franklin, Tennessee 37064
(615) 599-1010