# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| | ) | |
| [2] BETTY KATHERINE GENTRY | ) | |

## **O R D E R**

A conference telephone call was held with counsel for the parties on April 1, 2013. It is hereby **ORDERED** that the government's Motion to Continue Competency Hearing (Docket No. 1337) is **GRANTED**. The competency hearing will be rescheduled during a status telephone conference to be held on Thursday, April 11, 2013, at 9:30 a.m. The parties should call (615) 695-2858 in order to participate in the conference telephone call.

It is so **ORDERED**.

ENTER this 2nd day of April 2013.

_____
ALETA A. TRAUGER
U.S. District Judge