**Motion GRANTED. Hearing reset for 6/14/13 at 11:00 a.m.**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | | |
| v. | ) | NO. | 3:11-00082 |
| | ) | | JUDGE TRAUGER |
| EDDIE DIXON | ) | | |

## MOTION TO CONTINUE
## SENTENCING HEARING

Comes the Defendant, EDDIE DIXON, by and through counsel, and moves the Court to continue the sentencing hearing presently set for April 11, 2013.

There are certain unresolved matters that could impact the sentencing hearing and a continuance would be in the best interest of all parties.

Counsel for the Government has been consulted and has no objection to a continuance and concurs with this request.

Respectfully submitted,

/s/ Michael J. Flanagan
Michael J. Flanagan
Attorney for Defendant
95 White Bridge Road, Suite 208
Nashville, TN 37205
615/356-1580

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been forwarded, via the Court's electronic filing system, to Sunny A. M. Koshy, Assistant United States Attorney, on this 8th day of April, 2013.

/s/ Michael J. Flanagan
Michael J. Flanagan