# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| | ) | |
| [2] BETTY KATHERINE GENTRY | ) | |
| | ) | |

## O R D E R

A competency hearing was held in this case on May 24, 2013, at the end of which the court announced from the bench its findings of fact and conclusions of law. For the reasons contained therein, the court finds, by a preponderance of the evidence, that the defendant has the sufficient present ability to consult with her lawyer with a reasonable degree of rational understanding, and she has a rational as well as factual understanding of the proceedings against her. There is not reasonable cause to believe that she is presently suffering from a mental disease or defect that renders her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist properly in her defense. 18 U.S.C. § 4241(a).

It is so **ORDERED**.

ENTER this 28th day of May 2013.

_____
ALETA A. TRAUGER
U.S. District Judge