> **GRANTED, and the June 6, 2013 sentencing is RESET to JUNE 17, 2013 at 10:30 a.m.**
>
> */s/ Aleta A. Trauger*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00082 |
| | ) | JUDGE TRAUGER |
| EDDIE DIXON | ) | |

## MOTION TO RESCHEDULE SENTENCING HEARING

Comes the Defendant, EDDIE DIXON, by and through counsel, and moves the Court to reschedule the sentencing hearing. Counsel has received notice that the sentencing hearing has been rescheduled by the Court for June 6, 2013. Counsel makes known to the Court that he has a pre-paid family vacation scheduled from June 1, 2013, to June 8, 2013. The pre-paid vacation has been scheduled for approximately one year and cannot be moved without hardship to counsel.

WHEREFORE, counsel moves the matter be reset to any date other than counsel's vacation period.

Respectfully submitted,

/s/ Michael J. Flanagan
Michael J. Flanagan
Attorney for Defendant
95 White Bridge Road, Suite 208
Nashville, TN 37205
615/356-1580