# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00082 |
| | ) | Judge Trauger |
| | ) | |
| [20] EDDIE DEWAYNE DIXON | ) | |

## **O R D E R**

The court is in receipt of a letter from Amanda Stringer dated June 3, 2013. Enclosed in that Ms. Stringer's letter are letters from Kylee and Chaseton.

It is hereby **ORDERED** that the Clerk shall file these letters as part of the record in this case. The Clerk is further directed to furnish to the defendant and to counsel for all parties a copy of the three letters and this Order.

It is so **ORDERED.**

Enter this 14th day of June 2013.

_____
ALETA A. TRAUGER
United States District Judge