**Motion GRANTED.**
**Hearing reset for**
**8/26/13 at 9:00 a.m.**

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **No. 3:11-00082 (1)** |
| | ) | **Judge Trauger** |
| **TRAVIS GENTRY (1)** | ) | |

### FOURTH MOTION TO CONTINUE SENTENCING HEARING

Comes now the Defendant, by and through counsel, and would move the Court for an Order continuing the sentencing hearing of this case that is currently set for June 21, 2013, at 10:00 a.m. until a date that is convenient with the Court's calendar. As grounds for this request counsel would show the Court the following:

Counsel still anticipates several objections being raised as to the presentence report and a comprehensive sentencing memorandum being filed in the case. Because of the serious nature of the potential sentence in the case counsel wants to be sure that all avenues of relief for Mr. Gentry have been explored, fully briefed, and argued. Due to a recent two-week jury trial and pretrial preparation in the case of *United States v. Medlock*, MDTN 3:10-0004, counsel has been unable to completely prepare for the sentencing hearing and, perhaps more important, adequately prepare a sentencing memorandum that addresses all issues that the Court will consider.

While counsel has been working on the issues presented in the presentence report as well drafting a sentencing memorandum, there is still work to be done that very likely cannot be finished by June 21, 2013.