PS 8 Revised 07
MD/TN Revised 06/13

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. **Randy Randolph**                     Docket No. 0650 3:11CR00082 - 5

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Maria K Johnson**, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant **Randy Randolph** who was placed under pretrial release supervision by the **Honorable Joe B. Brown, U.S. Magistrate Judge** sitting in the Court at **Nashville, Tennessee**, on April 26, 2011, under the following conditions: Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.

I declare under penalty of perjury that the foregoing is true and correct.

| Maria K Johnson *(signed)* | Nashville, TN | July 5, 2013 |
|---|---|---|
| U.S. Pretrial Services Officer | Place: | Date: |
| Next Scheduled Court Event | **Sentencing Hearing** | September 30, 2013 |
| | Event | Date |

## PETITIONING THE COURT

- ☐ No Action
- ☐ To Issue a Warrant
- ☒ To issue an order setting a hearing on the petition
- ☐ Other

---

THE COURT ORDERS:
- ☐ No Action
- ☐ The Issuance of a Warrant.
    - ☐ Sealed Pending Warrant Execution
      (cc: U.S. Probation and U.S. Marshals only)
- ☐ Other

☒ A Hearing on the Petition is set for

Date: July 17, 2013   Time: 10:30 am

Considered and ordered this **8th** day of **July**, **2013**, and ordered filed and made a part of the records in the above case.

*(signed)*
Honorable Aleta A. Trauger
U.S. District Judge

The Honorable Aleta A. Trauger
U.S. District Judge
Petition for Action On
Randolph, Randy
3:11CR00082-05
July 5, 2013

On April 26, 2011, Randy Randolph appeared before the Honorable Joe B. Brown for a detention hearing. The defendant was named in a one count Indictment charging him with violating 21 U.S.C. § 846, Conspiracy With Intent to Distribute and Possess With Intent to Distribute 500 Grams or More of a Mixture and Substance Containing a Detectable Amount of Cocaine, 280 Grams or More of a Mixture and Substance Containing a Detectable Amount of Cocaine Base, and 100 Kilograms or More of Marijuana. At the detention hearing, the defendant was ordered released on pretrial supervision with conditions. He has since been supervised by the U.S. Probation and Pretrial Services Office in the Middle District of Tennessee.

**Special Conditions of Pretrial Release:**
Please reference the attached Order Setting Conditions of Release.

**Violation(s):**
**Special Condition (p): Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.** On June 18, 2013, the defendant submitted a positive urine screen for cocaine at the U.S. Probation Office in Columbia, Tennessee. The specimen was sent to Alere Laboratories in Gretna, Louisiana, and confirmed positive for cocaine.

**Probation Officer's Actions:**
On June 21, 2013, this officer received the positive results from Alere Laboratories. When questioned about the positive urine screen, the defendant adamantly denied illegal drug use. In fact, he stated he only used Orajel for a recent toothache. This officer confirmed with the Director of Toxicology at Alere Laboratories that Orajel will not produce positive results for cocaine in urinanalysis testing.

**Respectfully Petitioning the Court as Follows:**
This is the defendant's third violation report to the Court. On June 19, 2012, Officer Lisa Capps reported the defendant tested positive for cocaine on April 10, 2012, April 26, 2012, May 29, 2012, and June 7, 2012. The Court ordered a modification of the conditions of release to include: Participation in inpatient or outpatient substance abuse counseling and treatment to be followed by up to 90 days in a halfway house as directed by Pretrial Services. On March 20, 2013, the undersigned officer reported the defendant tested positive for cocaine on February 7, 2013. On March 20, 2013, the Court ordered no action as requested by Pretrial Services. As a result of the positive screens, the defendant's treatment services at Maury County Mental Health were increased to twice a month. At this time, it is respectfully requested that a hearing be held where the defendant can answer why his bond should not be revoked.

The Honorable Aleta A. Trauger
U.S. District Judge
Petition for Action On
Randy Randolph
3:12CR00082-5
July 5, 2013


Approved by:

*[signature: Burton Putman]*

Burton Putman
Supervisory U.S. Probation Officer


xc: AUSA, Sunny Koshy
Attorney James Kevin Cartwright