UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No. 3:11-00082 |
| | ) | Judge Trauger |
| | ) | |
| JONAS LAVAR HAYES | ) | |

**Motion GRANTED. Hearing reset for 11/8/13 at 10:00 a.m.**

## MOTION TO CONTINUE SENTENCING HEARING

Comes now the defendant, Jonas Lavar Hayes, by and through counsel of record, David R. Heroux, and moves this Honorable Court to continue the Sentencing Hearing in the above styled matter currently set for September 27, 2013. The defendant has been authorized to represent to the Court that the Government has no objection to this motion. In support of this motion the defendant has filed an affidavit of counsel under seal.

Respectfully submitted,

**Haymaker & Heroux, P.C.**

s/ David R. Heroux
David R. Heroux,    BPR   20798
Attorney for the Defendant
943 Main Street
Nashville, Tennessee 37206
(615) 250-0050