Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:11-00082 |
| | ) | JUDGE TRAUGER |
| | ) | |
| ALFRED COFFEY | ) | FILED UNDER SEAL |

UNITED STATES' MOTION TO RE-SCHEDULE SENTENCING

Comes now the United States and requests the sentencing hearing in this case be re-scheduled from 1:30 p.m. on October 30, 2013 to 2:00 p.m. the same day. Defense counsel, Dwight Scott, has authorized the undersigned to report that he has no objection to this request. This request is due to the undersigned having another sentencing which is set to begin at 1:30 p.m. on October 30, 2013 in Judge Sharp's court.

Respectfully submitted,

DAVID RIVERA
ACTING UNITED STATES ATTORNEY

By: *s/ Sunny A.M. Koshy*
Sunny A.M. Koshy
Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on Dwight Scott, counsel for defendant Alfred Coffey, through the Court's electronic filing system on October 28, 2013.

*s/ Sunny A.M. Koshy*
Sunny A.M. Koshy

1